IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br><br>ANDRÉS REYES,<br>Defendant | INFORMATION<br><br>CRIMINAL NO. 26-65 (MAJ)<br><br>VIOLATION:<br>8 U.S.C. § 1326(a)<br>(ONE COUNT) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
Re-entry of Removed Alien
(Title 8, *United States Code*, Section 1326(a))

On or about December 17, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**ANDRÉS REYES,**

who is an alien, as the term is defined in Title 8, United States Code, Section 1101(a)(3), and who has been previously removed from the United States, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, United States Code, Section 1326(a).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney