IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**Crim. No. 26-065 (MAJ)**

**ANDRES REYES,**
Defendant.

## MOTION FOR EXPEDITED PRESENTENCE INVESTIGATION REPORT AND TO ADVANCE SENTENCING HEARING

**TO THE HONORABLE COURT:**

Andres Reyes ("Mr. Reyes"), through the undersigned attorney, respectfully states, alleges, and prays as follows:

On February 19, 2025, Mr. Reyes was charged via Information and entered a straight plea. Mr. Reyes pled guilty to re-entry of a removed alien in violation of 8 U.S.C. § 1326(a). Dkt. ## 23-25. Honorable Magistrate Judge Mariana E. Bauza-Almonte issued a Report & Recommendation on February 20, 2026, recommending that the Court accept Mr. Reyes' guilty plea. Dkt. # 26. Mr. Reyes has no objection to the Magistrate's Report & Recommendation.

Mr. Reyes has no prior criminal record. Therefore, Mr. Reyes should have zero criminal history points and be in Criminal History Category (CHC) I. The applicable U.S. sentencing guidelines in this case are as follows:

| Base Offense Level [§2L1.2(a)] | 8 |
|---|---|
| **Total Offense Level (TOL)** | **8** |
| Acceptance of Responsibility [§3E1.1(a)] | -2 |
| Zero-point offender [§4C1.1] | -2 |
| **Adjusted TOL** | **4** |

Based on an Adjusted TOL of 4 and a CHC of I, the advisory guideline imprisonment range in this case is 0 to 6 months.

Mr. Reyes respectfully requests: (1) that the Court order an expedited Presentence Investigation Report ("PSR") to confirm the applicable sentencing guidelines and criminal history; and (2) that the Court advance Mr. Reyes' sentencing hearing so that he may be sentenced forthwith.

The undersigned will file a sentencing memorandum prior to the sentencing hearing to assist the Court in its consideration of the 3553(a) factors and in support of a sentence of time served.

**WHEREFORE**, Mr. Reyes respectfully requests that the Court take notice of the above and grant the requested relief.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the present notice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on February 24, 2026.

> RACHEL BRILL
> **Federal Public Defender**
> **District of Puerto Rico**
>
> **/s/ Victor M. Chico Luna**
> Victor M. Chico-Luna, Esq.
> USDC-PR # 228013
> 241 F.D. Roosevelt Avenue
> San Juan, PR 00918-2441
> T: 787-281-4922 / F: 787-281-4899
> Email: victor_chico@fd.org